**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. **20-42938** |
| | ) | |
| **Melinda K. Poignee** | ) | |
| | ) | |
| Debtor(s), | ) | Memorandum |

**MEMORANDUM**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 1009, the Debtor has filed Amended Schedules.

Amended Schedule A/B

-Added business assets for M&M Tanning, LLC

Amended Schedule C

-Added business assets for M&M Tanning, LLC

Amended Schedule D

-Added HNB Bank as a secured debt

Amended Schedule E/F

-Marked Integrity Title as "disputed."

Respectfully submitted,
**ADAMS LAW GROUP**

**/s/ Bryan T. Voss**
JACK J. ADAMS #37791MO #37791
BRYAN T. VOSS #48029MO #48029
Attorney for Debtor
1 Mid Rivers Mall Drive, Ste. 200
St. Peters, Missouri 63376
Ph.(636) 397-4744  Fax (636) 397-3978
contact@thinkadamslaw.com\